**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROSALIE S. SHAHAN                                                                                                    PLAINTIFF

v.                                              No. 4:14CV00621 JLH

PORTFOLIO RECOVERY ASSOCIATES, LLC                                                   DEFENDANT

### ORDER OF DISMISSAL

Plaintiff's motion to dismiss is GRANTED.  Document #5. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 13th day of January, 2015.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE